IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL CASE NO. 1:04cr95-1

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>vs. )<br>)<br>)<br>PHILIP ARROYO CORTEZ )<br>a/k/a Daryl Andrew Thomas )<br>a/k/a Miguel Ochoa Jimenez. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Substitute Counsel [Doc. 27] and Motion to Dismiss Bill of Indictment as to Defendant Cortez [Doc. 28].

For the reasons stated in the motions, both will be granted.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Substitute Counsel [Doc. 27] is hereby **GRANTED** and Thomas M. Kent is hereby substituted as counsel.

**IT IS FURTHER** ORDERED that the Government's Motion to Dismiss Bill of Indictment as to Defendant Cortez [Doc. 28] is hereby **GRANTED**.

Signed: March 5, 2013

Martin Reidinger
United States District Judge